## 17964.   HALL v. THE STATE.

BROYLES, C. J. The evidence was insufficient to authorize the verdict, and the refusal to grant a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 12, 1927.

Larceny of hog; from Berrien superior court—Judge Knight. January 8, 1927.

The indictment charged the larceny of a red sow shoat and two red boar shoats, the property of J. M. Griner, one of which had a white face, and all of which were unmarked and about six months old. Griner testified, that he lost five hogs of the description given above, and next saw them about two or three weeks after at the place of Son Hall (the defendant) and Johnny Lee Hall; that when found they were marked with a smooth crop in each ear; that they were shut up in a patch around the barn; that when he saw Son Hall, about six weeks after the disappearance of the hogs, Hall said that he bought them from Alex Wiggins; that he (the witness) then went to the place of Alex Wiggins and found two more of his hogs there, the same two that ran with the three found at Son Hall's place; that it would not be possible for him to be mistaken about these being his hogs, though the only way he knew them was from their color and size; that he may have had about two hundred hogs, and he was not familiar with many of them; that he ought to be familiar with these hogs, for he raised them right at his house; that he did not get possession of the hogs when he first demanded them, the defendant would not give them up, and he (the witness) got a warrant and went with the deputy sheriff and got them; that it was after he (the witness) got possession of them that he had a conversation with the defendant on the road, and "they never did make any further claim to the hogs, Son nor John." No other witness testified, and the defendant made no statement at the trial.

*Jeff S. Story, Elsie Higgs Griner,* for plaintiff in error, cited: Park's Penal Code, § 1010; 11 *Ga. App.* 385; 5 *Ga. App.* 228; 6 *Ga. App.* 778; 8 *Ga. App.* 107.

*H. C. Morgan, solicitor-general, W. R. Smith,* contra, cited: 14 *Ga. App.* 806; 11 *Ga. App.* 303 (2); 3 Ga. App. 600.

Criminal Law, 16 C. J. p. 1178, n. 63.
Larceny, 36 C. J. p. 903, n. 35.